IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | Case No.: **4:16-CR-00440-RLW** |
| ) | |
| VS. ) | |
| ) | |
| KEHINDA MITCHELL ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

COMES NOW, Raphael Morris and enters his appearance on behalf of the above named defendant.

Respectfully Submitted,

/s/ Raphael Morris II
_____
Raphael Morris II #55245MO
6101 Delmar Blvd., Suite A
St. Louis, MO  63112
(314) 241.5900 Office
(314) 241.5902   Fax
rm@themorrisfirmSTL.com
**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to The Office of the United States Attorney on this 8th day of November 2017 via the Court's E-filing system.

/s/ Raphael Morris II

_____