# United States District Court
## for the District of

USCA8 No. ____

## NOTICE OF APPEAL

United States of America,

*Plaintiff*

vs

KEHINDA MITCHELL

*Defendant*

4:16-CR-00440
District Court Docket Number

Ronnie L. White
District Court Judge

Notice is hereby given that **Kehinda Mitchell** appeals to the United States Court of Appeals for the Eighth Circuit from the: ☒ Judgment & Commitment ☐ Order _____ (Specify)
entered In this action on **03/07/2018**

/s/ Raphael Morris II
Signature of Defendant's Counsel

6101 Delmar Blvd., Suite A
Street Address          Room Number

St. Louis         MO         63112
City              State      ZIP

Raphael Morris II
Typed Name of Defendant's Counsel

( 314 ) 241-5900
Telephone Number

3/11/2018
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☒ Please Prepare a transcript of:
- ☐ Pre-trial proceedings
- ☒ Testimony or Portions thereof
- ☒ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify)

☐ I am not ordering a transcript because:
- ☐ Previously Filed
- ☐ Other (Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: ☐ Funds, ☒ CJA Form24 completed and attached.

Attorney's Signature _____ Date 3/12/18

**Note: Complete all Items on Page Two**

INFORMATION SHEET
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: 65 Business Park Dr.
Troy, MO 63379

2. Date of Verdict: 3/7/2018   Jury ☐   Non-Jury ☒

Offenses: Conspiracy to Commit Offenses against the United States
Interstate Transportation of Stolen Vehicle
Fraudulent Use of Access Devices

Trial Testimony - Number of Days: 1   Bail Status: In custody

3. Sentence and Date Imposed: 3/7/2018

4. Appealing: sentence ☒   Conviction ☐   Both ☐
Challenging: ☒ Application of Sentencing Guidelines
☐ Constitutionality of Guidelines
☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 3/12/2018

Stenographer in Charge: D. Kriegshauser
(Name, Address, Phone) D. Kriegshauer
11 South 10th Street
St. Louis, MO 63102

6. Trial Counsel was: ☐ Appointed   ☒ Retained
Does Defendant's financial status warrant appointment of counsel on appeal?
☒ Yes   ☐ No
Affidavit of Financial Status filed: _____
Is there any reason why trial counsel should not be appointed as counsel on appeal?
☒ Yes   ☐ No

7. Assistant U.S. Attorney Name and Phone Number: Tracy L. Berry
314-539-2200

**Court Reporter Acknowledgment**

Date Order Received     Estimated Completion Date     Est Number of Pages

Court Reporter's Signature     Date