UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:16CR00440-RLW |
| ) | |
| VS. ) | |
| ) | |
| KEHINDA MITCHELL, ) | |
| Defendant. ) | |

MOTION TO AMEND SENTENCING JUDGEMENT

Comes now Defendant, Kehinda Mitchell, by and through her attorney, Raphael Morris II and request that the Court in this matter make certain recommendations to the Bureau of Prisons. In support of this request, defendant states:

1. On March 7, 2018 Defendant was sentenced to forty-one (41) months in the Federal Bureau of Prisons;

2. During sentencing Counsel for defendant ask the court to make a recommendation to the Bureau of Prisons that he be placed in a facility closest to the State of Illinois;

3. After speaking with Defendant after sentencing, he has requested counsel to ask the Court to recommend that he be placed in a facility closest to the State of Arizona where defendant has more family;

4. Defendant also has requested that he be recommended to complete the Residential Drug Abuse Program (RDAP).

WHEREFORE, Defendant prays that this Court make the aforementioned recommendations to the Bureau of Prisons and any other orders the court deems appropriate and necessary under the circumstances.

        Respectfully Submitted,

        /s/ Raphael Morris II
_____

Raphael Morris II #55245MO
6101 Delmar Blvd., Suit A
St. Louis, MO  63112
(314) 241.5900 Office
(314) 241.5902   Fax
rm@themorrisfirmSTL.com
**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to The Office of the United States Attorneyon this 13th day of March 2018 via the Court's E-filing system.

        /s/ Raphael Morris II