UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:16CR00440-3 RLW |
| | ) | |
| | ) | |
| KEHINDA MITCHELL, | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes Now Defendant in the above entitled cause and states to the Court that he

wishes to take an appeal from the judgment and sentence of the Honorable Ronnie L.

White but that he is totally without funds or resources of any nature to enable him to

obtain a transcript on appeal or to pay any expenses incidental to said appeal.

WHEREFORE, defendant prays the Court to enter an order authorizing an appeal

as a poor person and providing that the transcript on appeal be furnished without cost to

defendant.

Respectfully submitted,

/s/ Raphael Morris II

_____

Raphael Morris II #55245
6101 Delmar Blvd., Suite A
St. Louis, MO  63112
(314) 241.5900 PHONE
(314) 241.5902 FAX
ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 16, 2018 a true copy of the above was served on the U.S. Attorney's Office and Assistant United States Attorney Tracy Berry via Court electronic filing system.

/s/ *Raphael O. Morris II*